IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN RUST, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | 4:84CV712 |
| | ) | |
| v. | ) | |
| | ) | |
| FRANK GUNTER, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that:

1.   Volume I and Volume II of the files obtained from the Federal Records Center in the above-captioned case, shall be checked out to Victor Covalt; and

2.   the files shall be returned to the Office of the Clerk of the District Court in Lincoln, Nebraska, on or before February 25, 2010.

Dated February 16, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge