UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN RUST, et al., | ) | 4:84CV712 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER APPOINTING COUNSEL |
| | ) | |
| FRANK GUNTER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Eric F. Vela and Jorge A. Galindo have filed a Motion for Order of Contempt and Injunctive Relief, document 88, in the above-titled case. They have requested appointment of counsel.

IT IS ORDERED that:

1. the request for counsel contained in filing 88 is granted and under the inherent authority of the court Edward G. Warin of Kutak Rock LLP, 1650 Farnam Street, Omaha, Nebraska 68102 is appointed counsel for Eric F. Vela and Jorge A. Galindo in this matter;

2. Volume I and Volume II of the files obtained from the Federal Records Center in the above-captioned case, shall be checked out to Edward G. Warin; and

3. the files shall be returned to the Office of the Clerk of the District Court for the District of Nebraska on or before April 2, 2010.

Dated March 1, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge