IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN RUST, et al., | ) | |
|     Plaintiffs, | ) | |
| | ) | 4:84CV712 |
| v. | ) | |
| | ) | ORDER ON PROCEDURE |
| FRANK GUNTER, et al., | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

Based upon the present pleadings and a telephone conversation with all counsel today,

IT IS ORDERED that the plaintiffs shall have until September 30, 2010, to respond to the Defendants' Motions to Terminate Consent Decree and Dismiss Case, to which the defendants may then have until October 12, 2010, to respond. Further activity on other motions now pending may be delayed until resolution of the Defendants' Motions to Terminate Consent Decree and Dismiss Case.

Dated August 30, 2010.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge