IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN RUST, CHARLES J. PALMER, PETER HOCHSTEIN, and STEVEN HARPER, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:84CV712 |
| v. | ) ) | |
| FRANK GUNTER, Individually and as Director of Correctional Services, CHARLES BLACK, Individually and as warden of Nebraska State Penitentiary, CHARLES HOHENSTEIN, Individually and as Legal Aid Coordinator, JOHN P. SHAW, Individually and as Associate Warden, Programs, TERENCE B. CAMPBELL, Individually and as Legal Aid Coordinator, JOHN T. EGGERS, Individually and as Housing Unit Manager, MARIO PEART, Individually and as Unit Administrator, HAROLD W. CLARKE, Individually and as Associate Warden, Custody, GARY GRAMMER, Individually and as Warden of the Nebraska State Penitentiary, and FRED BRITTEN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER ON MOTION FOR COUNSEL, FILING 103 |
| Defendants. | ) ) | |

The letter of September 9, 2010, signed by John L. Lotter has been filed as a Motion for Appointment of Counsel. Because it may be seeking intervention under Rule 24 of the Federal Rules of Civil Procedure,

IT IS ORDERED that:

1. the clerk shall send to Edward G. Warin and Linda L. Willard, counsel for the present parties, a copy of filing 103, and

2. response to filing 103 shall be made by counsel for Eric F. Vela and Jorge A. Galindo on or before October 12, 2010, and by counsel for the defendants on or before October 26, 2010, regarding the issue of intervention.

Dated September 22, 2010.

        BY THE COURT

        s/ Warren K. Urbom
        United States Senior District Judge