IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN RUST, CHARLES J. PALMER, PETER HOCHSTEIN, and STEVEN HARPER, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:84CV712 |
| v. | ) ) | |
| FRANK GUNTER, Individually and as Director of Correctional Services, CHARLES BLACK, Individually and as warden of Nebraska State Penitentiary, CHARLES HOHENSTEIN, Individually and as Legal Aid Coordinator, JOHN P. SHAW, Individually and as Associate Warden, Programs, TERENCE B. CAMPBELL, Individually and as Legal Aid Coordinator, JOHN T. EGGERS, Individually and as Housing Unit Manager, MARIO PEART, Individually and as Unit Administrator, HAROLD W. CLARKE, Individually and as Associate Warden, Custody, GARY GRAMMER, Individually and as Warden of the Nebraska State Penitentiary, and FRED BRITTEN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER ON INTERESTED PARTIES' MOTION TO FILE *INSTANTER* A BRIEF IN RESPONSE TO THE DEFENDANTS' BRIEF IN OPPOSITION TO MR. JOHN LOTTER'S MOTION |
| Defendants. | ) ) | |

  IT IS ORDERED that the Interested Parties' Motion to file *Instanter* a Brief in Response to the Defendants' Brief in Opposition to Mr. John Lotter's Motion (Filing No. 103), filing 112, is granted.

  Dated November 8, 2010.

            BY THE COURT

            s/ Warren K. Urbom
            United States Senior District Judge