IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN RUST, CHARLES J. PALMER, PETER HOCHSTEIN, and STEVEN HARPER, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:84CV712 |
| v. | ) ) | |
| FRANK GUNTER, Individually and as Director of Correctional Services, CHARLES BLACK, Individually and as warden of Nebraska State Penitentiary, CHARLES HOHENSTEIN, Individually and as Legal Aid Coordinator, JOHN P. SHAW, Individually and as Associate Warden, Programs, TERENCE B. CAMPBELL, Individually and as Legal Aid Coordinator, JOHN T. EGGERS, Individually and as Housing Unit Manager, MARIO PEART, Individually and as Unit Administrator, HAROLD W. CLARKE, Individually and as Associate Warden, Custody, GARY GRAMMER, Individually and as Warden of the Nebraska State Penitentiary, and FRED BRITTEN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED that:

1. in my Memorandum and Order on Pending Motions, filing 115, and under the inherent authority of the court Michael J. Wilson, Schaefer Shapiro, 1001 Farnam Street, 3rd Floor, Omaha, Nebraska 68102, (402) 341-0700, is appointed counsel for John L. Lotter and all other inmates who constitute a class of persons serving a death penalty in the Tecumseh State Correctional Institution; and

2. payment of litigation costs and attorney fees shall be paid from the Federal Practice Fund under the restrictions set out in the Amended Plans for Administration of the

Federal Practice Fund and The Federal Practice Committee District of Nebraska (As of July 15, 2008).

Dated December 15, 2010.

        BY THE COURT

        s/ Warren K. Urbom
        United States Senior District Judge