IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN RUST, CHARLES J. PALMER, PETER HOCHSTEIN, and STEVEN HARPER, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:84CV712 |
| v. | ) ) ) | |
| FRANK GUNTER, Individually and as Director of Correctional Services, CHARLES BLACK, Individually and as warden of Nebraska State Penitentiary, CHARLES HOHENSTEIN, Individually and as Legal Aid Coordinator, JOHN P. SHAW, Individually and as Associate Warden, Programs, TERENCE B. CAMPBELL, Individually and as Legal Aid Coordinator, JOHN T. EGGERS, Individually and as Housing Unit Manager, MARIO PEART, Individually and as Unit Administrator, HAROLD W. CLARKE, Individually and as Associate Warden, Custody, GARY GRAMMER, Individually and as Warden of the Nebraska State Penitentiary, and FRED BRITTEN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER ON MOTION FOR EXTENSION OF TIME |
| Defendants. | ) ) | |

    The letter dated January 13, 2011, from Edward G. Warin was received by me today and has been filed as a Motion for Extension of Time, filing 117.

      IT IS ORDERED that the Motion for Extension of Time, filing 117, is granted and counsel for Messrs. Vela and Galindo, shall file their response on or before January 17, 2011.

      Dated January 14, 2011.

                            BY THE COURT

                            s/ Warren K. Urbom
                            United States Senior District Judge