IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN RUST, CHARLES J. PALMER, PETER HOCHSTEIN, and STEVEN HARPER,<br><br>  Plaintiffs,<br><br>  v.<br><br>FRANK GUNTER, et. al.,<br><br>  Defendants. | 4:84CV712<br><br>MEMORANDUM AND ORDER |

The parties have diligently pursued discovery, but discovery is not complete. After conferring with the parties' counsel and with their agreement,

IT IS ORDERED:

1) As to the discovery disclosed by the defendants, defense counsel will identify any discovery it deems "confidential." Absent prior approval of the court, plaintiffs' counsel will not disclose to the plaintiffs any discovery designated as confidential by the defendants.

2) A telephonic status conference to discuss further case progression will be held before the undersigned magistrate judge on September 1, 2011 at 10:00 a.m. Counsel for the defendants shall place the call.

June 1, 2011

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge