IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN RUST, CHARLES J. PALMER, PETER HOCHSTEIN, and STEVEN HARPER, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:84CV712 |
| v. | ) ) ) | |
| FRANK GUNTER, Individually and as Director of Correctional Services, CHARLES BLACK, Individually and as Warden of Nebraska State Penitentiary, CHARLES HOHENSTEIN, Individually and as Legal Aid Coordinator, JOHN P. SHAW, Individually and as Associate Warden, Programs, TERENCE B. CAMPBELL, Individually and as Legal Aid Coordinator, JOHN T. EGGERS, Individually and as Housing Unit Manager, MARIO PEART, Individually and as Unit Administrator, HAROLD W. CLARKE, Individually and as Associate Warden, Custody, GARY GRAMMER, Individually and as Warden of the Nebraska State Penitentiary, and FRED BRITTEN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) ) ) | |

THIS MATTER came to be heard on the Application for Advance Authorization to Incur Expenses filed by Counsel for the Plaintiffs on October 12, 2011. The Court, being fully advised, finds as follows:

That Counsel for the Plaintiffs is hereby authorized to incur expenses of $2000 for court reporting and transcription services in addition to the expenses of $500 already authorized under

1

Section VI-E of the Amended Plans for the Administration of the Federal Practice Fund and Exhibit A attached thereto.

                                                                                                                                s/ Warren K. Urbom
                                                                                                                                 _____
                                                                                                                                 The Honorable Warren K. Urbom

PREPARED AND SUBMITTED BY:

Michael J. Wilson, #24224
SCHAEFER SHAPIRO, LLP
1001 Farnam Street, #300
Omaha, NE 68102
402-341-0700

2