IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN RUST, CHARLES J. PALMER, PETER HOCHSTEIN, and STEVEN HARPER, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:84CV712 |
| v. | ) ) | |
| FRANK GUNTER, Individually and as Director of Correctional Services, CHARLES BLACK, Individually and as warden of Nebraska State Penitentiary, CHARLES HOHENSTEIN, Individually and as Legal Aid Coordinator, JOHN P. SHAW, Individually and as Associate Warden, Programs, TERENCE B. CAMPBELL, Individually and as Legal Aid Coordinator, JOHN T. EGGERS, Individually and as Housing Unit Manager, MARIO PEART, Individually and as Unit Administrator, HAROLD W. CLARKE, Individually and as Associate Warden, Custody, GARY GRAMMER, Individually and as Warden of the Nebraska State Penitentiary, and FRED BRITTEN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MEMORANDUM AND ORDER ON MAIL ISSUE AND AMENDING DEADLINE FOR MOTIONS |
| Defendants. | ) ) | |

Based upon the telephone conversation today with counsel,

IT IS ORDERED:

1. on February 1, 2012, at 2:00 p.m. I shall initiate a telephone conversation with Ms. Willard and Mr. Wilson to discuss possible resolution of the complaints by the plaintiffs about the handling of mail in the prison, allowing time for Ms. Willard to investigate relevant activities and procedures at the prison;

2. the defendant shall have until February 1, 2012, to respond to the newly-filed Motion for Protective Order, filing 134;

3.   the Magistrate Judge's order of September 1, 2011, filing 127, is amended by changing paragraph b to read:

>the deadline for filing motions to dismiss, motions for summary judgment or motions to exclude expert testimony on *Daubert* and related grounds is February 29, 2012.

Dated January 11, 2012.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge