IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN RUST, CHARLES J. PALMER, PETER HOCHSTEIN, and STEVEN HARPER, | ) ) ) ) | |
| Plaintiffs, | ) ) | 4:84CV712 |
| v. | ) ) | |
| FRANK GUNTER, Individually and as Director of Correctional Services, CHARLES BLACK, Individually and as warden of Nebraska State Penitentiary, CHARLES HOHENSTEIN, Individually and as Legal Aid Coordinator, JOHN P. SHAW, Individually and as Associate Warden, Programs, TERENCE B. CAMPBELL, Individually and as Legal Aid Coordinator, JOHN T. EGGERS, Individually and as Housing Unit Manager, MARIO PEART, Individually and as Unit Administrator, HAROLD W. CLARKE, Individually and as Associate Warden, Custody, GARY GRAMMER, Individually and as Warden of the Nebraska State Penitentiary, and FRED BRITTEN, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MEMORANDUM OF HEARING BY TELEPHONE FEBRUARY 1, 2012 |
| Defendants. | ) ) | |

My conversation by telephone on February 1, 2012, with Michael J. Wilson, counsel for the plaintiffs, and Linda Willard, counsel for the defendants, is recognized by the court as a hearing, insofar as the judge accepted into evidence ECF No. 136, Index of Evidence in Support of Motion for Protective Order, consisting of:

    Exhibit – Affidavit of Counsel in Support of Plaintffs' Motion for Protective Order

    Exhibit 2 – Affidavit of Jeffrey Hessler

    Exhibit 3 – Affidavit of John Lotter

        Exhibit A – Envelope from Cline Williams LLP postmarked 10-31-11

        Exhibit B – Envelope from Court of Appeals postmarked 10-31-11

        Exhibit C – Memo from Danny Hayes dated 12-31-11

Exhibit 4 – Affidavit of Raymond Mata

Exhibit 5 – Affidavit of Jorge Galindo

Exhibit 6 – Affidavit of Jose Sandoval

Exhibit 7 – Affidavit of Michael Ryan

Exhibit 8 – Affidavit of Carey Dean Moore

Exhibit 9 – Affidavit of Marco Torres

Exhibit 10 – Affidavit of Roy Ellis

Exhibit 11 – Affidavit of Eric Vela

Exhibit 12 – Affidavit of Arthur Gales

offered by the plaintiff and the Exhibit Index, ECF. No. 141, consisting of Exhibits 1 through 4, offered by the defendants.

    The exhibits now received in evidence show no inappropriate misuse of the mails at the Tecumseh State Correctional Institution (TSCI) with respect to the plaintiffs or any of them since the issuance of the January 12, 2012, clarification document by Director Bob Houston.  In light of that it appears that I best can hold in abeyance the Motion for Protective Order, ECF No. 134. Depending upon the activity or lack of activity regarding the mail handling, the motion should be ready for resolution by April 1, 2012, or be declared moot.

    Dated February 1, 2012.

                              BY THE COURT

                              s/ Warren K. Urbom
                              United States Senior District Judge