IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN RUST, et al., | ) | 4:84CV712 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER ON |
| | ) | DEFENDANTS' MOTION FOR |
| FRANK GUNTER, et al., | ) | LEAVE TO FILE A REPLY BRIEF |
| | ) | |
| Defendants. | ) | |
| | ) | |

On March 22, 2012, the defendants moved for leave to file a reply brief in support of Defendant Britten's motion to terminate the consent decree. (ECF No. 152.) The defendants state that they have conferred with the death row inmates' counsel about this matter, and they have been informed that the death row inmates have no objection to the filing of the reply brief. (Id. at 1.) On March 29, 2012, the defendants filed their reply brief and an index of evidence. (See ECF Nos. 153-154.)

**IT IS ORDERED** that the defendants' motion for leave to file a reply brief, ECF No. 152, is granted, and the defendants' brief (ECF No. 153) and index of evidence (ECF No. 154) will be considered in connection with Britten's motion to terminate the consent decree.

Dated May 2, 2012

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge